## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 16–28736
Chapter: 13
Judge: Timothy A. Barnes

In Re:
  Uconer S Sims
  3854 West Division St.
  Chicago, IL 60651

Social Security / Individual Taxpayer ID No.:
  xxx–xx–2968

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on November 10, 2016

FOR THE COURT

Dated: November 14, 2016

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court